Dreer Estate.

Argued May 1, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

reargument refused July 31, 1961.

*Lewis H. Van Dusen, Jr.,* with him *John E. Walsh,* and *Drinker, Biddle & Reath,* for appellant.

*Thomas S. Weary,* with him *Maurice Heckscher,* and *Nicholas R. Doman,* of the New York Bar, and *Duane, Morris & Heckscher,* for appellees.

OPINION PER CURIAM, July 17, 1961:

The Decree is affirmed on the able Opinion of Judge SAYLOR which is reported in 22 Pa. D. & C. 2d 737.

Costs to be paid one-half by appellant and one-half by appellee.